AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case No. 23-mj-237 |
| Michael Bradley | ) Assigned To: Magistrate Judge Zia M. Faruqui |
|  | ) Date Assigned 8/31/2023 |
|  | ) Description: Complaint with Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Michael Bradley,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings;
18 U.S.C. 231(a)(3) - Civil Disorder.

Date: 08/31/2023                                                                                     *Zia M. Faruqui*
                                                                                               *Issuing officer's signature*

City and state:    Washington, D.C.                                    Zia M. Faruqui, U.S. Magistrate Judge
                                                                                                *Printed name and title*

---

### Return

This warrant was received on (date) 8/31/23, and the person was arrested on (date) 9/7/23
at (city and state) Forsyth, Georgia.

Date: 9/8/23

                                                        *Jams C. M[illegible]*
                                                        *Arresting officer's signature*

                                                        SA James Maxwell
                                                        *Printed name and title*