UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 23-MJ-237 |
| | : | |
| **MICHAEL BRADLEY,** | : | |
| | : | |
| **Defendant.** | : | |

**UNOPPOSED MOTION TO CONTINUE STATUS HEARING**

This matter is currently set for a status hearing on December 5, 2023. The United States requests that this matter be continued two weeks, to December 19, 2023. Defendant does not object to the requested continuance. The parties agree that time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i), (ii) and (iv).

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:     /s/Alexandra F. Foster
ALEXANDRA F. FOSTER
Assistant United States Attorney
D.C. Bar No. 470096
Detailed to the D.C. U.S. Attorney's Office
Washington, DC   20530
Alexandra.Foster@usdoj.gov
(619) 546-6735